UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-30348 |
|---|---|
| DOUGLAS W. MOORE | (Chapter 13) |
| CLARA MARGIE ROSE MOORE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4099738**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | DOUGLAS W. MOORE & CLARA MARGIE ROSE MOORE<br>619 NEELA DRIVE<br>VAN WERT, OH  45891 | 686.60 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/9/2011

Certificate of Service     07-30348

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DOUGLAS W. MOORE
619 NEELA DRIVE
VAN WERT, OH  45891

CLARA MARGIE ROSE MOORE
2009 CLOVERFIELD LANE
SUITE C
CHARLESTON, WV  25312

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(58.1n)
BAC HOME LOANS SERVICING LP
2380 PERFORMANCE DR.
BLDG C
MAIL STOP RGV-C-32
RICHARDSON, TX  75082

(57.1n)
CHRISTOPHER G PHILLIPS
SHAPIRO VAN ESS PHILLIPS
4805 MONTGOMERY ROAD STE 320
CINCINNATI, OH  45212

(50.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(55.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(51.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(53.1n)
PRA
PORTFOLIO RECOVERY ASSOC
BOX 41067
NORFOLK, VA  23541

(45.1n)
US DEPT OF EDUCATION
DIRECT LOANS
BOX 5609
GREENVILLE, TX  75403

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv